Michelin Tire Company, Defendant in Error, v. Antonio Sbarbaro et al., trading as Simplex Automobile Company; on appeal of Antonio Sbarbaro, Plaintiff in Error.

Gen. No. 19,032.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. GEORGE J. COWING, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed November 25, 1914.

## Statement of the Case.

Suit by Michelin Tire Company against Antonio Sbarbaro and Leonard A. Shadburne, copartners, trading as the Simplex Automobile Company, for goods, wares and merchandise sold and delivered. Only Sbarbaro was served with process, who denied in his affidavit of defense the fact of partnership and also denied the purchase of the goods. The court gave judgment for the amount sued for, $318.60, a jury having been waived, and the defendant brings error.

RICHARD I. GAVIN, for plaintiff in error Antonio Sbarbaro.

BAKER & HOLDER, for defendant in error; G. RAYMOND COLLINS, of counsel.

MR. JUSTICE DUNCAN delivered the opinion of the court.

## Abstract of the Decision.

SALES, § 329*—*when findings of court will not be disturbed.* In a suit for goods sold and delivered to a partnership, where the case was tried by the court, a jury having been waived, and the evidence as to the existence of the partnership was directly conflicting, the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

credibility of the witnesses was for the court and his finding was entitled to the same force as a verdict of a jury, wherefore it would not be disturbed unless manifestly against the weight of the evidence.